**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** __II__    **Investigating Agency** __FBI__

**City** __Cambridge__    **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. _____ Case No. __1:23-MJ-8123-PGL__
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __23-8113-PGL__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __William A. Giordani__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State)__

Birth date (Yr only): __1968__   SSN (last4#): __6454__   Sex __M__   Race: __CAUC__   Nationality: __USA__

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __John T. McNeil__    Bar Number if applicable __550473__

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** __05/02/2023__

☑ Already in Federal Custody as of __05/02/2023__ in __PC Arrest__.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __05/02/2023__    Signature of AUSA: *John T. McNeil*   Digitally signed by JOHN MCNEIL  Date: 2023.05.02 09:51:49 -04'00'

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   1:23-MJ-8123-PGL

**Name of Defendant**   William A. Giordani

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§875(b) and 2 | Extortionate Threats (aiding and abetting) | Complaint |
| Set 2 | 18 U.S.C. §371 | Conspiracy | Complaint |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**