UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WILLIAM A. GIORDANI, )<br>)<br>Defendant. ) | Criminal No. 23-MJ-8123-PGL |

ORDER

May 2, 2023

Levenson, M.J.

On May 2, 2023, this Court held an initial appearance for defendant William A. Giordani. At that hearing, counsel for Mr. Giordani indicated that Mr. Giordani seeks admittance into a medication-assisted treatment ("MAT") program at the facility where he will be held. The government did not oppose the request. Accordingly, I recommend that the authorities at the facility holding Mr. Giordani consider whether Mr. Giordani should be accepted into a MAT program.

SO ORDERED.

    /s/  Paul G. Levenson
PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE