**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 1:23-mj-08123-PGL** |
| | ) | |
| **WILLIAM A. GIORDANI** | ) | |

**DISMISSAL OF**
**THE COMPLAINT**

Pursuant to Fed. R. Crim. P. 48(a), the Acting United States Attorney for the District of Massachusetts hereby dismisses the complaint in this matter charging WILLIAM A. GIORDANI with aiding and abetting interstate extortion in violation of 18 U.S.C. §§ 875(b) and 2 and conspiracy in violation of 18 U.S.C. § 371.  In support of this dismissal, the government states that a grand jury has returned an indictment in this matter, charging WILLIAM GIORDANI with related crimes (*U.S. v. Giordani*, 1:23-cr-10157-AK), and the dismissal of the complaint is in the interests of justice.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

June 15, 2023                    By:      */s/ Bill Abely*
Date                                        BILL ABELY
                                            Chief, Criminal Division

                                        */s/ John T. McNeil*

                                        John T. McNeil
                                        Assistant U.S. Attorney

Leave to File Granted:

_____
United States District Court